**EXHIBIT 4**

# Status Update - FOIA DOC-NOAA-2026-001939

External Inbox ×

**lola.m.stith@noaa.gov**
to info

Wed, Sep 30, 6:26 PM (22 hours ago)

Good day,

We appreciate your patience, and we apologize for the delay in processing your request.

We are currently retrieving, reviewing and processing records for release. We are working to provide you with an interim release and will continue processing the remaining records thereafter, as applicable.

Your request will remain in active processing while we work toward completion, and the processing timeframe will be adjusted accordingly to allow for the review and release of the responsive records. We will continue to provide updates as processing progresses.

Again, we apologize for the delay and sincerely appreciate your continued patience as we work to provide you with responsive records.

Respectfully,
NOAA FOIA Office