**EXHIBIT 6**

**U.S. DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
Office of the Chief Information Officer
High Performance Computing and Communications

July 23, 2026

Joe Thomas
info@govoversight.org

Re: FOIA Request DOC-NOAA-2026-001945

Good day:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request. Your request was received by our office on July 23, 2026. You have requested:

> This request is directed to the NOAA Central FOIA Facility and concerns the Physical Sciences Laboratory ("PSL") in Boulder, Colorado, within the Office of Oceanic and Atmospheric Research. Dr. Barsugli is understood to be a research scientist with the Cooperative Institute for Research in Environmental Sciences ("CIRES") at the University of Colorado Boulder working at PSL; this request seeks the records in NOAA's possession or control, including email on NOAA systems and accounts, regardless of his employer of record. If any responsive records reside with another NOAA or Department of Commerce component, please refer this request to that component and so advise me. Note this request is distinct from any other request submitted.
>
> 1. The records requested.
>
> All email messages sent or received by Joseph.Barsugli@noaa.gov, or on any NOAA email system or account assigned to Joseph Barsugli, between March 1, 2026 and July 23, 2026, inclusive, that satisfy both of the following conditions:
>
> (a) The message contains, anywhere in the sender or recipient fields, the subject line, the message body, or any attachment, at least one of these terms: (i) "NASEM"; (ii) "attribute"; (iii) "attribution"; (iv) "RCP 8.5"; (v) "RCP8.5"; (vi) "business as usual"; (vii) "BAU", as a freestanding term; or (viii) "reference scenario"; and
>
> (b) The message also contains, anywhere in those same locations, at least one of these terms: (i) "Burger"; (ii) "Sabin"; (iii) "Edling"; (iv) "Merner"; (v) "Heede"; (vi) "Wiles"; (vii) "Worthington"; (viii) "@climateintegrity.org"; or (ix) "climate accountability".
>
> This request includes all attachments and the full transmission data showing sender, all recipients, date, and time. The quotation marks and separating semicolons above are not part of any search term; they only enclose and separate the terms. Searches should be run without regard to capitalization. Please treat exact duplicates as non-responsive, so that your office need process only one copy of each responsive record.

To further narrow this request, please exclude as non-responsive, and set aside from processing, records that fall into any of the following categories:
(a) records sent to broad distribution lists, for example emails from an address beginning with info@, media@, or press@;
(b) records that do not name any custodian identified in this request as the sender or as a direct or copied recipient;
(c) correspondence that merely receives newsletters, press summaries, or "clippings," such as news services, stories, or opinion pieces, from the original source;
(d) subscription emails sent from an external party to the named custodian or custodians;
(e) attachments that are draft documents, while still producing the parent email;
(f) automatically generated emails not sent by a named individual, for example out-of-office replies; and
(g) published or docketed materials, for example pleadings, regulatory comments, ECF notices, news articles, and newsletters, unless forwarded to or from a named custodian with substantive commentary added by the sender.
2. The search should include archived, backup, and separated-employee accounts.
NOAA should search not only Dr. Barsugli's current, active NOAA email accounts and files, but also any archived or backup email accounts and any accounts preserved under the agency's Capstone or other email-retention schedu . . .
The description has exceeded the character limit.

15 C.F.R. § 4.6(c) allows an agency to extend the FOIA response deadline by ten business days for unusual circumstances. Due to the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records; and/or the need for consultation, which shall be conducted with all practicable speed, with another component or Federal agency having a substantial interest in the determination of the request, we are choosing to invoke this 10 day extension and anticipate responding to your request by **September 3, 2026**.

Please contact us if you are interested in further narrowing the scope of your request to help expedite its processing.

If you have questions regarding your request please contact us at foia@noaa.gov.

Sincerely,

Cherise Johnson