**EXHIBIT 7**

# FOIA Request DOC-NOAA-2026-001945– Fee Waiver Granted

External Inbox ×

**FOIA Office - NOAA Service Account** <foia@noaa.g... 1:45 PM (4 minutes ago)
to info

Dear Joe Thomas:

We are writing in response to your FOIA request dated 7/23/26, assigned tracking number DOC-NOAA-2026-001945. After reviewing your request and the justification you provided, we have decided to grant your request for a waiver of fees, in accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and 15 C.F.R. § 4.11(l).

Your fee waiver applies to all applicable search, review, and duplication fees associated with this request. Please note, this determination does not guarantee the release of records, only that fees will be waived for responsive material.

If you have any questions or would like to discuss your request further, please feel free to contact us at FOIA@NOAA.gov.

Sincerely,

Mark Graff
On behalf of Mark Graff, NOAA FOIA Officer