UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | Civil Action No. 26-3556 (TJK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Danielle D. Peraza as counsel for Defendants in this action.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Danielle D. Peraza*

DANIELLE D. PERAZA, D.C. Bar
No. 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202 - 252 - 1764

*Attorney for the United States of America*